JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :       **INDICTMENT**

              - v. -                  :       07 CRIM. 877

TARREL GRANT,                         :

              Defendant.              :

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

On or about August 18, 2007, in the Southern District of New York, TARREL GRANT, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, Robbery in the Third Degree, in violation of New York Penal Law 160.05, in New York Supreme Court, Bronx County, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .25 caliber Bauer pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 4 2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**TARREL GRANT,**

**Defendant.**

## INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Denise Suarez-Peña*
Foreperson.

*Post-It 11/1/87*

*9/14/07 – Indictment filed.
Case assigned to Judge Swain
for all purposes.
S/Eaton, J. U.S.M.J.*