# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

September 27, 2007

**BY HAND**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007



Re: **United States v. Tarrel Grant**
    **07 Cr. 877 (LTS)**

Dear Judge Swain:

This letter is respectfully submitted on behalf of my client Tarrel Grant, to request a new date for the Court's scheduling of a hearing on Mr. Grant's motion to suppress evidence, currently scheduled for Wednesday, October 31, 2007.

On Tuesday, September 25, 2007, Your Honor set a motion schedule, having been advised of counsel's intention to file a motion to suppress evidence. A hearing date of October 31, 2007 was set. On that date, counsel is scheduled to complete a continued hearing before Judge Holwell which cannot be rescheduled because it involves two out of town witnesses for the defense and the Government. Counsel is available on any date thereafter between November 1, 2007 and November 7, 2007. I have spoken with Kenneth A. Polite, Jr., on behalf of the Government, and he has advised me that he is available on November 1, 2, 5, and 7, 2007.

If the Court grants this application, I respectfully request that the Court exclude the time from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.

Thank you for your consideration of this request.

Respectfully submitted,

Robert M. Baum
Associate Attorney
Tel.: (212) 417-8760

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO **NOVEMBER 5, 2007, AT 9:30 A.M.** THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH **NOVEMBER 5, 2007,** OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR CONTINUITY OF DEFENSE COUNSEL. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY.
SO ORDERED.
9/28/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE