```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA      :
                                        NOTICE OF MOTION
        - v -                 :
                                        07 Cr. 877 (LTS)
TARREL GRANT                  :

              Defendant.      :
------------------------------X
```

**PLEASE TAKE NOTICE** that upon the annexed affirmation of **ROBERT M. BAUM, ESQ.,** and the defendant herein, **TARREL GRANT**, we will move before the **HONORABLE LAURA TAYLOR SWAIN**, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on November 5, 2007, for an Order, (1) pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, and the Fourth Amendment to the United States Constitution, suppressing physical evidence; and such other relief as the Court may deem just and proper.

Dated:   New York, New York
         October 12, 2007

                                    Respectfully submitted,
                                    LEONARD F. JOY, ESQ.
                                    Federal Defenders of New York
                         By:        _____
                                    **ROBERT M. BAUM, ESQ.**
                                    Attorney for Defendant
                                         **TARREL GRANT**
                                    52 Duane Street - 10th Floor
                                    New York, New York 10007


TO:   MICHAEL J. GARCIA, ESQ.
      United States Attorney
      Southern District of New York
      One St. Andrew's Plaza

```
New York, New York 10007
Attn:      KENNETH A. POLITE, JR., ESQ.
           Assistant United States Attorney
```

Case 1:07-cr-00877-LTS   Document 12   Filed 10/12/2007   Page 2 of 2