

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 2, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007

MEMO ENDORSED

*Via Facsimile*

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

    Re:   <u>United States v. Tarrel Grant</u>,
           07 Cr. 877 (LTS)

Dear Judge Swain:

    The Government respectfully requests that the suppression hearing in the above-referenced matter, currently scheduled for November 5, 2007, at 9:30 a.m., be rescheduled for November 14, 2007, at 9:30 a.m. I have spoken to Robert M. Baum, Esq., counsel for the defendant, and he has no objection to this request.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                   By: _____
                              Kenneth Allen Polite, Jr.
                              Assistant United States Attorney
                              (212) 637-2412

cc:   Robert M. Baum, Esq. (via facsimile)

SO ORDERED:

_____
JUDGE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2007
       New York, New York
Copies ~~mailed~~ faxed to All counsel.
Chambers of Judge Swain   11-5-07