UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-

TARREL GRANT,

    Defendant.

-------------------------------------------------------x



No. 07 Cr. 877 (LTS)

## ORDER

An evidentiary hearing on Defendant's motion to suppress evidence in the above-referenced matter was held on November 14, 2007. The Government may file and serve a post-hearing submission of no more than ten (10) pages by November 21, 2007. The Defendant may file and serve any response thereto, not to exceed ten (10) pages, by December 3, 2007.

SO ORDERED.

Dated: New York, New York
       November 14, 2007

                                      LAURA TAYLOR SWAIN
                                    United States District Judge