

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2008

*Via Facsimile*

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

    Re:   United States v. Tarrel Grant,
           07 Cr. 877 (LTS)

Dear Judge Swain:

    The Government respectfully requests the exclusion of speedy trial time from today through the next pre-trial conference, scheduled for January 22, 2008, in the interest of justice to allow the Government to consider all possible responses to Your Honor's Memorandum Order, dated January 2, 2008.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

By: _____
     Kenneth Allen Polite, Jr.
     Assistant United States Attorney
     (212) 637-2412

cc:   Robert M. Baum, Esq. (via facsimile)

**SO ORDERED:**  *Application granted in the interest of justice to consider response to Memorandum Order dated January 2, 2008*

Dated:   New York, New York
          January 3, 2008

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
*Part I*