# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED JAN 0 8 2008]

January 4, 2008

**BY FACSIMILE**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

[Memo endorsement stamp, partially legible:] ...ORDERED that counsel to whom this Memo ...is sent is responsible for faxing or ...delivering promptly a copy to all counsel ...parties and filing a certificate of ...within 5 days from the date hereof. Do...

Re: **United States v. Tarrel Grant**
    **07 Cr. 877 (LTS)**

Dear Judge Swain:

   This letter is respectfully submitted on behalf of my client Tarrel Grant, to request that bail be set for Mr. Grant in light of the Court's ruling granting his motion to suppress evidence.

   I have spoken with Kenneth Allen Polite, Jr. on behalf of the Government, and subject to Your Honor's approval, the parties submit the following bail package for your consideration. Bail to be set at $30,000 unsecured personal recognizance bond, to be co-signed by two financially responsible persons, regular pretrial services supervision with drug testing, surrender of all travel documents, and travel restricted to the Eastern and Southern Districts of New York. Mr. Grant is not to be released until all conditions are met.

   Thank you for your consideration of this request.

*The proposed bail package and conditions are approved.*

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
1/7/08

cc: Kenneth A. Polite, Jr., Esq.,
    Assistant United States Attorney

Copies mailed/faxed to Def's Counsel
Chambers of Judge Swain  1-8-08

TOTAL P.002