Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern District of New York

United States v. Grant

Docket No.: 07 Cr. 877 (LTS) (ECF Case)

Laura Taylor Swain
(District Court Judge)

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [X] order granting the defendant's motion to suppress
(specify)

entered in this action on January 2, 2008
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

FEB 01 2008

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [ ]

Date February 1, 2008

TO

Michael J. Garcia, United States Attorney
(Counsel for Appellant)

Address By: Kenneth A. Polite, Assistant U.S. Attorney

One St. Andrew's Plaza

New York, New York 10007

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: (212) 637-2200

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE    DATE February 1, 2008

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
                                          CERTIFICATION
       v.                          :
                                          07 Cr. 877 (LTS)
TARREL GRANT,                      :

              Defendant.           :

- - - - - - - - - - - - - - - - x

      Pursuant to 18 U.S.C. § 3731, I hereby certify that the Government's appeal of the order of the district court dated January 2, 2008, and entered on January 2, 2008 (the "January 2 Order"), granting the defendant's motion to suppress, is not taken for purpose of delay, and that the evidence suppressed pursuant to the January 2 Order is a substantial proof of a fact material in the proceeding.

Dated:    New York, New York
          February 1, 2008

                                       MICHAEL J. GARCIA
                                       United States Attorney
                                       Southern District of New York

By: _____
     Kenneth A. Polite
     Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by certified mail on February 1, 2008, on the following individual:

    Robert M. Baum
    Federal Defenders of New York
    52 Duane Street, 10th Floor
    New York, New York 10007
    (212) 417-8715

                                      Kenneth A. Polite
                                      Assistant United States Attorney