# MANDATE

SDNY-NYNY
07-cr-877
SWAIN

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA  :  STIPULATION

          Appellant,  :  Docket No. 08-0636-cr

    -v.-  :

TARREL GRANT,

      Defendant-Appellee.  :

- - - - - - - - - - - - - - - - - -x



IT IS HEREBY STIPULATED AND AGREED by and between

appellant the United States of America (the "Government"), by

Michael J. Garcia, United States Attorney for the Southern

District of New York, Kenneth A. Polite, Assistant United States

Attorney, of counsel, and defendant-appellee Tarrel Grant

("Grant") by and through his counsel, Robert Baum, Esq., pursuant

to Rule 42(b) of the Federal Rules of Appellate Procedure, that

the Government hereby withdraws its appeal, each party to bear

CERTIFIED: 5/19/08

its own costs and expenses.

Dated:   New York, New York
          April 22, 2008


        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York


By: _____     _____

     KENNETH A. POLITE       ROBERT BAUM, ESQ.
     Assistant U.S. Attorney  Federal Defenders Of New York
     One Saint Andrew's Plaza  52 Duane Street
     New York, New York 10007  New York, New York 10007
     (212) 637-2412        (212) 417-8760
                             Attorney for Tarrel Grant


**SO ORDERED:**

                 **FOR THE COURT:**
                 **CATHERINE O'HAGAN WOLFE,**
                 **By:** _____

APR 2 8 2008
_____
    **Date**            **Joy Fallek, Administrative Attorney**


                      **A TRUE COPY**
              **Catherine O'Hagan Wolfe, Clerk**

             **by** _____
                     **DEPUTY CLERK**

2