# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

May 19, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 2 0 2008

**MEMO ENDORSED**

**BY HAND**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

Re: **United States v. Tarrel Grant**
    **07 Cr. 877 (LTS)**

Dear Judge Swain:

    This letter is respectfully submitted on behalf of my client Tarrel Grant, to request that the Court grant an application to modify the current bail conditions by removing the requirement of reporting to Pretrial Services.

    Mr. Grant has already signed, and the Government has submitted to the Second Circuit Court of Appeals, a stipulation to permit withdrawal of the Government's appeal. Once that is granted and a mandate is returned to the District Court, the Government will move to dismiss the indictment. This application was discussed during the last conference May 16, 2008, and the Government had no objection.

    Thank you for your consideration of this request.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

SO ORDERED:

_/s/ 5/19/08_
**HONORABLE LAURA TAYLOR SWAIN**
United States District Judge

cc: Kenneth A. Polite Jr., Esq.,
    Assistant United States Attorney