

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2008

*Via Facsimile*

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
JUN 2 0 2008

> Re:    United States v. Tarrel Grant,
>        07 Cr. 877 (LTS)

Dear Judge Swain:

The Government respectfully requests that the next conference in this matter, currently scheduled for June 20, 2008, at 4:00 p.m., be adjourned *sine die*. The Government anticipates submitting shortly a proposed order of *nolle prosequi*, requesting the dismissal of the above-referenced indictment.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth A. Polite
Assistant United States Attorney
(212) 637-2412

cc:    Robert M. Baum, Esq. (via facsimile)

**SO ORDERED:**

Dated:    New York, New York
          June 19, 2008

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE