

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
             -v.-                :
                                 :     NOLLE PROSEQUI
TARREL GRANT,                    :
                                 :     07 Cr. 877(LTS)
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - x

    1.    The filing of this nolle prosequi will dispose of this case with respect to TARREL GRANT, the defendant.

    2.    On or about October 12, 2007, Indictment 07 Cr. 877 was filed, charging TARREL GRANT, the defendant, with being a convicted felon who unlawfully, willfully, and knowingly possessed a firearm which previously had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

    3.    Based upon a review of the evidence and information pertaining to this defendant acquired subsequent to the filing of the Indictment, including the Court's ruling on the defendant's motion to suppress, it has been concluded that with respect to Indictment 07 Cr. 877, further prosecution of TARREL GRANT, the defendant, would not be in the interests of justice.

     4.   In light of the foregoing, I recommend that an order of nolle prosequi be filed as to TARREL GRANT, the defendant, with respect to Indictment 07 Cr. 877.

                                   Kenneth A. Polite
                                   Assistant United States Attorney
                                   (212) 637-2412

Dated:   New York, New York
           June 30, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to TARREL GRANT, the defendant, with respect to Indictment 07 Cr. 0877.

                                      MICHAEL J. GARCIA
                                      United States Attorney
                                      Southern District of New York

Dated:    New York, New York
             June 27, 2008


SO ORDERED:

                                      HON. LAURA TAYLOR SWAIN
                                      United States District Judge
                                      Southern District of New York

Dated:    New York, New York
            ~~June~~ July 3, 2008